UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

---

FLORIBERTO VILLALVA ESTRADA,
individually and in behalf of all other persons
similarly situated,

            Plaintiff,

–against–

GIOVANNI'S ITALIAN EATERY, INC. and
MENTOR PERLASKA, jointly and severally,

            Defendants.

16 CV 6162 (PGG)

## ORDER TO SHOW CAUSE

Gardephe, D.J.

    Upon the appended affirmation, the affidavit of the plaintiff, and the pleadings and clerk's certificates of default herein, it is—

    **ORDERED** that the defendants in this action show cause in this Court, before Hon. Paul G. Gardephe, United States District Judge, at Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York, on August 5, 2019, at 4:30 p.m., or as soon thereafter as the parties may be heard, why an order should not be issued entering a default judgment against the defendants, pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, and allowing costs and attorney's fees to the plaintiff, pursuant to Rule 54(d) of the Federal Rules of Civil Procedure

    **ORDERED** that the plaintiff serve this order on the defendants on or before July 23, 2019, and the plaintiff file proof of service; and it is further

    **ORDERED** that the time for the defendants to file and serve a response to this order to show cause is through August 2, 2019; and it is further

1

**ORDERED** that the plaintiff shall promptly file all papers in connection with this application.

Dated: New York, New York

July 21, 2019

_____
Paul G. Gardephe
United States District Judge