UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

FLORIBERTO VILLALVA ESTRADA,
individually and in behalf of all other persons
similarly situated,

                          Plaintiff,

                    –against–                                        16 CV 6162 (PGG)

GIOVANNI'S ITALIAN EATERY, INC. and
MENTOR PERLASKA, jointly and severally,

                          Defendants.

## **DEFAULT JUDGMENT**

Gardephe, D.J.

        This cause is before the Court upon an order to show cause for a default judgment against

the defendants and for attorney's fees and costs. It is **ordered, adjudged, and decreed—**

        1.        A default judgment in favor of the plaintiff and against the defendants is hereby

**granted**;

        2.        The plaintiff does recover of the defendants $47,086.68, plus prejudgment interest

of __$6,926.40__, in sum, _$54,013.08_____, plus postjudgment interest pursuant to 28 U.S.C.

§ 1961, and the plaintiff has execution therefor;

        3.        Pursuant to sections 198(4) and 663(4) of the New York Labor Law, if any such

amounts of this judgment remain unpaid upon the expiration of ninety days following issuance of

this judgment, or ninety days after expiration of the time to appeal and no appeal is then pending,

whichever is later, the total amount of this judgment shall automatically increase by fifteen percent;

1

Dated:  September 1, 2020
      New York, New York

Paul G. Gardephe
United States District Judge