UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FLORIBERTO VILLALVA ESTRADA,
individually and on behalf of all other
person similarly situated,

                              Plaintiff,

-against-

GIOVANNI'S ITALIAN PIZZERIA, INC.,
and MENTOR PERLASKA,

                              Defendants.

**ORDER**

16 Civ. 6162 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        On April 20, 2021, the Court conducted a hearing on Defendant Mentor Perlaska's motion to vacate the default judgment against him. The Court directed the parties to make supplementary submissions concerning Defendant Perlaska's relationship, or lack thereof, with Defendant Giovanni's Italian Pizzeria, Inc. The Court suggested that the parties obtain additional records from the New York City Health Department and the New York State Secretary of State's Office concerning the pizzeria, and submit supplementary affidavits addressing Defendant Perlaska's relationship with the pizzeria. The parties will file those submissions by **April 27, 2021.**

Dated:    New York, New York
             April 20, 2021

SO ORDERED.

*Paul G. Gardephe*
_____
Paul G. Gardephe
United States District Judge